IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STATE FARM FIRE & CASUALTY COMPANY**,  Plaintiff,  v.  **BINBIN ZHENG**,  Defendant. | CIVIL ACTION  NO. 23-1710-KSM |

## ORDER

**AND NOW** this 16th day of August, 2023, upon consideration of Plaintiff's Motion for Alternative Service of the Complaint Against Defendant (Doc. No. 5), it is **ORDERED** that the motion is **DENIED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**